## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

In re:

Thongpane Xoumphonephackdy
and
Candida Renae Xoumphonephackdy,
    Debtor(s).
_____/

Case No.: 2:19-bk-09318-FMD
Chapter 13

## DEBTORS' SCHEDULE OF UNPAID DEBTS INCURRED AFTER THE COMMENCEMENT OF CHAPTER 13 CASE

Debtors, Thongpane Xoumphonephackdy and Candida Renae Xoumphonephackdy through the undersigned attorney and pursuant to Rule 1019(5) and Rule 1008, Federal Rules of Bankruptcy Procedure, files a schedule of unpaid debts incurred after the commencement of a Chapter 13 case.

**Schedule E/F**:

| Creditor | Collateral | Account Number | Amount |
|---|---|---|---|
| NONE | | | |

## DECLARATION

We, Thongpane Xoumphonephackdy and Candida Renae Xoumphonephackdy, named as the Debtors in this case, declare under penalty of perjury that we have read the answers contained in the Debtors' Schedule of Unpaid Debts Incurred after the Commencement of a Chapter 13 case and that they are true and correct.

Date: April 16, 2021          /s/ Thongpane Xoumphonephackdy
                                                         Thongpane Xoumphonephackdy

Date: April 16, 2021          /s/ Candida Renae Xoumphonephackdy
                                                         Candida Renae Xoumphonephackdy

Respectfully submitted on April 19, 2021.

                                    MARTIN LAW FIRM, P.L.,
                                    By /s/ Jonathan M. Bierfeld
                                         Jonathan M. Bierfeld
                                         Florida Bar Number 68237

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 19, 2021, a copy of the foregoing document has been served electronically or by U.S. Mail to the U.S. Trustee, 501 East Polk Street, Suite 1200, Tampa, Florida 33602; Chapter 7 Trustee, Robert E. Tardif, PO Box 2140, Fort Myers, FL 33902;; and DebtorsThongpane Xoumphonephackdy and Candida Renae Xoumphonephackdy, 1304 S.W. 15th Terrace, Cape Coral, FL 33991.

                                    MARTIN LAW FIRM, P.L.,
                                    By /s/ Jonathan M. Bierfeld
                                        Jonathan M. Bierfeld
                                        Florida Bar Number 68237

3701 Del Prado Boulevard S.
Cape Coral, Florida 33904
(239) 443-1094 (Telephone)
(239) 443-1168 (Facsimile)

jonathan.bierfeld@martinlawfirm.com