IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In Re:

THONGPANE XOUMPHONEPHACKDY and        Case No. 2:19-bk-09318-FMD
CANDIDA RENAE XOUMPHONEPACKDY

                Debtors.               /

## AMENDED MOTION TO SELL PROPERTY OF THE ESTATE
(Amended to Increase Sale Price)

COMES NOW the Trustee in the above-styled case, ROBERT E. TARDIF JR., and files this Amended Motion to Sell Property of the Estate and moves this Court pursuant to 11 U.S.C. §§ 105 and 363(b) and Rule 6004 for entry of an Order authorizing the sale of property of the estate by private sale and states as follows:

---

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602, and serve a copy on the movant's attorney, Robert E. Tardif Jr., P.O. Box 2140, Fort Myers, FL 33902, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

1. The Debtors filed this bankruptcy case on September 30, 2019. The case was converted to Chapter 7 on March 17, 2021, and Robert E. Tardif Jr., has been appointed as Trustee to administer the case.

2. **Property:** Trustee proposes to sell the bankruptcy estate's interest in the following property: REAL PROPERTY LEGALLY DESCRIBED AS: A PART OF THE NORTHWEST QUARTER (NW 1/4) OF THE NORTHEAST QUARTER (NE 1/4) OF SECTION 31, TOWNSHIP 15 NORTH, RANGE 32 WEST IN WASHINGTON COUNTY, ARKANSAS, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCING AT THE NW CORNER OF SAID 40 ACRE TRACT; THENCE S 00° 04' 13" E. ALONG THE WEST LINE OF SAID 40 ACRE TRACT 330.00 FEET; THENCE S 89° 48' 15" E 17.64 FEET TO THE POINT OF BEGINNING AND RUNNING THENCE S 89° 48' 15"

E. 167.36 FEET, THENCE S 00° 04' 13" E 76.68 FEET; THENCE N 89°52' 44" W 166.87 FEET, THENCE N 00. 26' 00" W 86.10 FEET TO THE POINT OF BEGINNING. **(300 HALF STREET LINCOLN, AR 72744).** The property is a residential parcel of real estate and is improved with a residential home,

3. **Purchaser:** The proposed purchaser is Zachary Chase Doss, and/or his permitted assigns/designees. To the Trustee's knowledge, the purchaser is the current tenant occupying the property, together with his fiancée and child. Other than being the current tenant, the Trustee is not aware of any other connection to the Debtors. The purchase and sale agreement with attachments is several pages long so the Trustee is not attaching the agreement to this motion in order to reduce mailing costs. The Trustee will provide a complete copy of the agreement to any party in interest that makes a request and provides an email address to receive a copy.

4. **Price:** The selling price is $110,000.00. The Trustee has not had the property appraised. The Trustee did reach out to a realtor in the area of the property, who advised that the property could be valued between $75,000.00 and $85,000.00 for a quick sale to an investor to between $110,000.00 and $125,000.00 for a marketed sale, depending upon condition. The Trustee believes he is receiving fair and reasonable value at $110,000.00 because there is no real estate commission being paid. With this amendment, the Trustee is agreeing to pay up to $5,000.00 of the buyer's normal closing costs.

5. To the Trustee's knowledge, there are the following liens and encumbrances against the property:

| **Creditor** | **Nature of Interest** | **Amount** |
|---|---|---|
| Arvest Bank, Successor by Merger to Arvest Mortgage Company<br>P.O. Box 399<br>Lowell, AR 72744 | Mortgage | (Approximately) $70,105.61<br>According to Filed POC |

As part of the closing of this proposed sale, the Trustee anticipates that the mortgage loan above will be paid in full.

6. **Terms:** The property is being sold "AS IS, WHERE IS WITH ALL FAULTS AND DEFECTS THEREIN" with no representations or warranties of any kind.

7. **Benefit to Estate:** The Trustee believes the net sales proceeds to the estate will be approximately $25,000.00.

8. **Payments at Closing:** The Trustee expects to pay the following undisputed liens, interests, claims or costs at the closing:

a. Real Estate Commission - N/A.

b. Mortgage Loan Payoff - $75,000.00 (estimated) or such other written payoff amount provided by Arvest Bank.

    c.      Buyer's Closing Costs – Up to $5,000.00 of Buyer's normal closing costs.

    c.      Reasonable and customary closing costs to the Trustee, as Seller, which may include the following:

| | | |
|---|---|---:|
| i. | Title Fees/Title Insurance (Approximately) | 1,500.00 |
| ii. | Transfer Tax (Approximately) | 750.00 |
| iii. | Document Preparation | 300.00 |
| iv. | Other Reasonable & Customary Expenses | 250.00 |

    d.      A true and accurate copy of an estimated net sheet or closing statement is attached to this motion.

    9.      Request to Waive Stay: At the hearing on this motion the Trustee will request that the Court enter an order waiving the 14-day stays set forth in Rules 6004(h) and 6006(d) of the Federal Rules of Bankruptcy Procedure and providing that the order granting this motion be immediately enforceable and that the closing under the purchase agreement may occur immediately.

WHEREFORE the Trustee moves the Court for entry of an Order authorizing the sale of the above-described property free and clear of liens and interests pursuant to Section 363(b), in accordance with the terms stated herein.

*Certificate of Service*

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished Electronically to the Assistant United States Trustee, Jonathan Bierfeld, Nicole Mariani Noel (on behalf of Arvest Bank) and those appearing in this case who are registered with CM/ECF and by Certified Mail to Arvest Bank, c/o Kevin Sabin, President/CEO, 75 North East Street, Fayetteville, AR 72701 and by Regular U.S. Mail to Arvest Bank, c/o Joseph Dison, Bankruptcy Specialist, P.O. Box 399, Lowell, AR 72744, and Thongpane Xoumphonepackdy and Candida Renae Xoumphonepackdy, 1034 S.W. 15th Terrace, Cape Coral, FL 33991 and those creditors and parties in interest on the attached matrix on October 20, 2021 that are required to be served pursuant to Local Rule 2002-1(c).

                                                                /s/ Robert E. Tardif Jr.
                                                                Robert E. Tardif Jr., Esquire
                                                                P.O. Box 2140
                                                                 Fort Myers, Florida 33902
                                                                 Telephone: 239/362-2755
                                                                 Facsimile: 239/362-2756
                                                                Email: rtardif@comcast.net

### B. Type of Loan

| 1. ☐ FHA | 2. ☐ RHS | 3. ☐ Conv. Unins. | 6. File Number: | 7. Loan Number: | 8. Mortgage Insurance Case Number: |
|---|---|---|---|---|---|
| 4. ☐ VA | 5. ☐ Conv. Ins. | | | | |

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower: | E. Name & Address of Seller: | F. Name & Address of Lender: |
|---|---|---|
| Zachary Chase Doss<br>300 Half Street<br>Lincoln, Arkansas 72704 | Robert E. Tardif Jr., Trustee for Xoumphonephackdy | |

| G. Property Location: | H. Settlement Agent: | I. Settlement Date: |
|---|---|---|
| 300 Half Street, Lincoln, Arkansas 72744 | Place of Settlement: | |

### J. Summary of Borrower's Transaction

| | |
|---|---|
| **100. Gross Amount Due from Borrower** | |
| 101. Contract sales price | |
| 102. Personal property | |
| 103. Settlement charges to borrower (line 1400) | |
| 104. | |
| 105. | |
| **Adjustment for items paid by seller in advance** | |
| 106. City/town taxes       to | |
| 107. County taxes          to | |
| 108. Assessments           to | |
| 109. | |
| 110. | |
| 111. | |
| 112. | |
| **120. Gross Amount Due from Borrower** | |
| **200. Amount Paid by or in Behalf of Borrower** | |
| 201. Deposit or earnest money | |
| 202. Principal amount of new loan(s) | |
| 203. Existing loan(s) taken subject to | |
| 204. | |
| 205. | |
| 206. | |
| 207. | |
| 208. | |
| 209. | |
| **Adjustments for items unpaid by seller** | |
| 210. City/town taxes       to | |
| 211. County taxes          to | |
| 212. Assessments           to | |
| 213. | |
| 214. | |
| 215. | |
| 216. | |
| 217. | |
| 218. | |
| 219. | |
| **220. Total Paid by/for Borrower** | |
| **300. Cash at Settlement from/to Borrower** | |
| 301. Gross amount due from borrower (line 120) | |
| 302. Less amounts paid by/for borrower (line 220) | ( ) |
| 303. Cash  ☒ From  ☐ To Borrower | |

### K. Summary of Seller's Transaction

| | |
|---|---|
| **400. Gross Amount Due to Seller** | |
| 401. Contract sales price | $110,000.00 |
| 402. Personal property | |
| 403. | |
| 404. | |
| 405. | |
| **Adjustment for items paid by seller in advance** | |
| 406. City/town taxes       to | |
| 407. County taxes          to | |
| 408. Assessments           to | |
| 409. | |
| 410. | |
| 411. | |
| 412. | |
| **420. Gross Amount Due to Seller** | |
| **500. Reductions In Amount Due to seller** | |
| 501. Excess deposit (see instructions) | |
| 502. Settlement charges to seller (line 1400) | |
| 503. Existing loan(s) taken subject to | |
| 504. Payoff of first mortgage loan | $75,000.00 |
| 505. Payoff of second mortgage loan | |
| 506. | |
| 507. | |
| 508. | |
| 509. | |
| **Adjustments for items unpaid by seller** | |
| 510. City/town taxes       to | |
| 511. County taxes          to | |
| 512. Assessments           to | |
| 513. | |
| 514. Transfer Tax | $750.00 |
| 515. Title Fees/Title Insurance | $1,500.00 |
| 516. Document Preparation | $300.00 |
| 517. Buyer's Closing Costs (Not to Exceed) | $5,000.00 |
| 518. | |
| 519. | |
| **520. Total Reduction Amount Due Seller** | |
| **600. Cash at Settlement to/from Seller** | |
| 601. Gross amount due to seller (line 420) | |
| 602. Less reductions in amounts due seller (line 520) | ( ) |
| 603. Cash  ☒ To  ☐ From Seller | $27,450.00 |

```
Label Matrix for local noticing         Arvest Bank, Successor in Interest by Merger   BANK OF AMERICA, N.A
113A-2                                  c/o Nicole Mariani Noel                        c/o Wanda D. Murray
Case 2:19-bk-09318-FMD                  P.O. Box 800                                   3575 Piedmont Rd. N.E. Suite 500
Middle District of Florida              Tampa, FL 33601-0800                           Atlanta, GA 30305-1623
Ft. Myers
Wed Oct 20 11:03:27 EDT 2021

Caryl E. Delano                         The Money Source Inc                           UNIFY Financial Federal Credit Union
Tampa                                   14841 DALLAS PKWY SUITE 425                    7935 W Sahara Ave., Suite 201
, FL                                    Dallas, TX 75254-8067                          Las Vegas, NV 89117-7909


Candida Renae Xoumphonephackdy          Thongpane Xoumphonephackdy                     (p)AMERICAN HONDA FINANCE
1304 S.W. 15th Terrace                  1304 S.W. 15th Terrace                         P O BOX 168088
Cape Coral, FL 33991-3922               Cape Coral, FL 33991-3922                      IRVING TX 75016-8088


Arvest Bank                             (p)ARVEST BANK                                 Bank of America
106 Parkwood St                         P O BOX 11110                                  4909 Savarese Circle
Lowell, AR 72745-8807                   FORT SMITH AR 72917-1110                       F11-908-01-50
                                                                                       Tampa, FL 33634-2413


Bank of America, N.A. -                 Citibank                                       Citibank, N.A. -
P O Box 982284                          Attn: Recovery/Centralized Bankruptcy          5800 S Corporate Pl
El Paso, TX 79998-2284                  Po Box 790034                                  Sioux Falls, SD  57108-5027
                                        St Louis, MO 63179-0034


Citibank/The Home Depot                 Department of Education/Nelnet                 Department of Education/Nelnet
Centralized Bankruptcy                  Attn: Claims                                   Po Box 82561
Po Box 790034                           Po Box 82505                                   Lincoln, NE 68501-2561
St Louis, MO 63179-0034                 Lincoln, NE 68501-2505


Department of Revenue                   Fidelity Bank                                  HYUNDAI CAPITAL AMERICA DBA -
PO Box 6668                             Attn: Bankruptcy                               HYUNDAI MOTOR FINANCE
Tallahassee, FL 32314-6668              3 Corporate Blvd, Sutie 500                    PO BOX 20809
                                        Brookhaven, GA 30329-2030                      FOUNTAIN VALLEY, CA 92728-0809


Home Depot                              Hyundai Motor Finance                          Internal Revenue Service
2455 Paces Ferry Road                   Attn: Bankruptcy                               P.O. Box 7346
Atlanta, GA 30339-6444                  Po Box 20829                                   Philadelphia, PA 19101-7346
                                        Fountain City, CA 92728-0829


(p)JEFFERSON CAPITAL SYSTEMS LLC        Jon Waage                                      Mycare Finance
PO BOX 7999                             P O Box 25001                                  PO Box 6230
SAINT CLOUD MN 56302-7999               Bradenton, FL 34206-5001                       Clearwater, FL 33758-6230


Rooms to Go                             Syncb/Rooms To Go                              The Money Source Inc.
11540 Highway 92 East.                  C/o Po Box 965036                              500 South Broad Street
Seffner, FL 33584-7346                  Orlando, FL 32896-0001                         Suite 100A
                                                                                       Meriden, CT 06450-6755
```

```
The Money Source Inc. -              UNIFY Financial Credit Union         University Of Arkansas
500 South Broad Street Suite 100A    Attn: Bankruptcy                     215 Admin Bldg
Meriden, Connecticut 06450-6755      Po Box 10018                         Fayetteville, AR 72701
                                     Manhattan Beach, CA 90267-7518


Robert E Tardif Jr. +                United States Trustee - FTM7/13 7 +  Robert E. Tardif Jr. +
Trustee                              Timberlake Annex, Suite 1200         Robert E. Tardif, Jr., P.A.
Post Office Box 2140                 501 E Polk Street                    Post Office Box 2140
Fort Myers, FL 33902-2140            Tampa, FL 33602-3949                 Fort Myers, FL 33902-2140


Bert Echols III +                    Sarah Olsen +                        Nicole Mariani Noel +
Evans Petree, PC                     Jon M Waage, Chapter 13 Standing Trustee  Kass Shuler, P.A.
1715 Aaron Brenner Drive, Suite 800  PO Box 25001                         PO Box 800
Memphis, TN 38120-1445               Bradenton, FL 34206-5001             Tampa, FL 33601-0800


Jonathan M Bierfeld +                Wanda D Murray +                     Mukta Suri +
Martin Law Firm PL                   Aldridge Pite, LLP                   Bonial & Associates, P.C.
3701 Del Prado Boulevard, South      Fifteen Piedmont Center              14841 Dallas Parkway, Suite 425
Cape Coral, FL 33904-7171            3575 Piedmont Road, N.E., Suite 500  Dallas, TX 75254-8067
                                     Atlanta, GA 30305-1636


Shawn M Scharenborg +
Bonial & Associates, P.C.
14841 Dallas Parkway, Suite 425
Dallas, TX 75254-8067
```

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
American Honda Finance               (d)American Honda Finance Corporation -  Arvest Mortgage Company -
Attn: Bankruptcy                     National Bankruptcy Center           Po Box 399
Po Box 168088                        P.O. Box 168088                      Lowell AR 72745
Irving, TX 75016                     Irving, TX 75016-8088


Jefferson Capital Systems LLC -
Po Box 7999
Saint Cloud Mn 56302-9617
```

                  The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)American Honda Finance Corporation    (d)The Money Source Inc.         (d)UNIFY Financial Federal Credit Union -
                                         14841 Dallas Parkway, Suite 425  7935 W. Sahara Avenue, Suite, 201
                                         Dallas, TX 75254-8067            Las Vegas, NV 89117-7909
```